IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, #05081644, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0408-M |
| | ) | ECF |
| SHERIFF LUPE VALDEZ, et al., | ) | |
| Defendants. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated October 25, 2007, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are accepted; therefore, Defendants' motion to dismiss (Docket # 84) is DENIED, except in connection with Plaintiff's equitable relief claims, which are DISMISSED as moot.

SO ORDERED this 21st day of November, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS